```
         UNITED STATES DISTRICT COURT
            DISTRICT OF MINNESOTA
         CIVIL NO.: 24-3416(DSD/TNL)
```

Jeffrey Dulwonh Gbor,

        Petitioner,

                                             **ORDER**

v.

United States of America,

        Respondent.


Based upon the report and recommendation (R&R) by United States Magistrate Judge Tony N. Leung dated September 5, 2024, ECF No. 4, and no objections to said R&R having been filed, **IT IS HEREBY ORDERED** that this matter is transferred to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. § 1406(a).


Dated: October 2, 2024

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court